# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN H. CANNON, TRUSTEE OF THE CANNON FAMILY TRUST, et al.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE MIDWAY CITY SANITARY DISTRICT; CITY OF GARDEN GROVE, et al.,<br>　　　　Defendants. | Case No.: 8:21-cv-01072-DOC-ADS<br><br>**ORDER RE DISMISSAL [61]**<br><br>District Judge:　Hon. David O. Carter<br>Magistrate Judge:　Autumn D. Spaeth<br><br>Complaint filed:　June 17, 2021 |
| AND RELATED COUNTERCLAIMS. | |

//

//

1  Good cause appearing, and the Parties having stipulated and agreed,
2  IT IS HEREBY ORDERED that Plaintiffs claims against Defendants, and
3  Defendants claims against Plaintiffs, are hereby dismissed with prejudice, each
4  party to bear its own attorney fees and costs.
5  IT IS FURTHER ORDERED that the Court shall retain and have
6  jurisdiction over the Parties with respect to disputes arising under the Settlement
7  Agreement and Mutual Release, attached to the Parties' Joint Stipulation for
8  Dismissal with Prejudice as Exhibit A.

10  DATED: July 2, 2024

*/s/ David O. Carter*

HON. DAVID O. CARTER
UNITED STATES DISTRICT COURT
JUDGE